# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBINJIT SINGH,<br><br>                Petitioner,<br><br>v.<br><br>CHRISTOPHER J LAROSE, *et al.*,<br><br>                Respondents. | Case No. 26-cv-00985-BAS-DEB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**(ECF No. 1)** |

      Petitioner Robinjit Singh filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The Court held a hearing on the Petition. (ECF No. 11.)

      For the reasons expressed at the hearing, the Court **GRANTS** the Petition. Specifically, the Court finds that Petitioner's immigration detention has been unreasonably prolonged under the Due Process Clause. Accordingly, the Court issues the following writ:

> The Court **ORDERS** a bond hearing before an Immigration Judge for Petitioner Robinjit Singh (A# 221-390-388) within 14 days of the date of this Order. At that hearing, the Government bears the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a flight risk. Concerns about interrupting court schedules are not a ground to deny bond. If Petitioner is granted bond, then Respondents are prohibited from invoking the automatic stay procedure for bond appeals to the Board of Immigration Appeals.

| | |
|---|---|
| 1 | The Clerk of Court shall close the case. |
| 2 | **IT IS SO ORDERED.** |

**DATED: March 13, 2026**

_____
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**